**No. 42880.**—Protests 964821–G, etc., of Wm. Shaland (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of pencil sharpeners chiefly used in the household for utilitarian purposes.   The claim at 40 percent under paragraph 339 was therefore sustained.   Abstract 41633 cited.

DECEMBER 13, 1939

**No. 42881.**—————————Protest 965310–G of F. B. Vandegrift & Co. Abstract 42405.   Application by plaintiffs for rehearing denied.

DECEMBER 13, 1939

**No. 42882.**—SUIT 4244.—————————E. I. du Pont de Nemours & Co. C. D. 90 affirmed.

DECEMBER 14, 1939

**No. 42883.**—SUIT 4226.————————*United States* v. *M. Aronin & Sons et al.* Abstract 39906.   Appeal dismissed.

**No. 42884.**—SUIT 4256.—————————*United States* v. *M. Grumbacher.* C. D. 125 affirmed.

**No. 42885.**—SUIT 4240.—————————————*G. & H. Transport Co., Inc. (Philipp Wirth)* v. *United States.*   C. D. 78 affirmed.

DECEMBER 18, 1939

**No. 42886.**—SUIT 4228.————————*United States* v. *Max M. Cooper, Inc., et al.*   Abstract 39900.   Appeal dismissed.

**No. 42887.**—SUIT 4231————————*United States* v. *Dodwell & Co., Ltd., et al.* Abstract 39905.   Appeal dismissed.